FILED

2026 Jul-22  AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM A. JEFFERIES, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:26-cv-1035-ACA-GMB** |
| | ) | |
| **DAKOTA HOLLINGER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The magistrate judge entered a report and recommendation on June 25, 2026, recommending that the court transfer this action to the United States District Court for the Middle District of Alabama. (Doc. 3). The plaintiff, William A. Jefferies, Jr., has not filed any objections, and the deadline to do so has passed.

After careful consideration of the record and the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **TRANSFERS** this action to the United States District Court for the Middle District of Alabama.

The court **DIRECTS** the Clerk to mail a copy of this order to Mr. Jeffries.

**DONE** and **ORDERED** this July 22, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE